# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 563**

LINE CONSTRUCTION BENEFIT FUND,
A HEALTH AND WELFARE FUND,
                 Plaintiff,
    v.
WOODWALKERS ELECTRIC, L.L.C., a
Michigan Limited Liability Corporation,
                 Defendant.

Case Number:

**JUDGE NORGLE**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND

| | |
|---|---|
| NAME (Type or print) | |
| ROBERT B. GREENBERG | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Robert B. Greenberg | |
| FIRM | |
| ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. | |
| STREET ADDRESS | |
| 200 West Jackson Boulevard, Suite 1900 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 01047558 | 312-263-1500 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☑  NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☑  NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☑  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**FILED**
**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT