AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, | SUMMONS IN A CIVIL CASE |
| Plaintiff, | |
| v. | CASE NUMBER: 08 C 563 |
| WOODWALKERS ELECTRIC, L.L.C., a Michigan Limited Liability Corporation, | ASSIGNED JUDGE: |
| Defendant. | DESIGNATED MAGISTRATE JUDGE: |
| | JUDGE NORGLE<br>MAGISTRATE JUDGE VALDEZ |

TO: (Name and address of Defendant)

WOODWALKERS ELECTRIC, L.L.C., a Michigan Limited Liability Corporation
c/o:  KARMA K. RUTHRUFF
1400 20th Avenue
Blanchard, MI 49310

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.





IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>WOODWALKERS ELECTRIC, L.L.C., A MICHIGAN LIMITED LIABILITY CORPORATION<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>08C563<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS AND COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **21st day of February, 2008, at 4:15 PM**, at the address of **1400 20TH Avenue, BLANCHARD**, Mecosta County, **MI 49310**; this affiant served the above described documents upon **WOODWALKERS ELECTRIC, L.L.C., A MICHIGAN LIMITED LIABILITY CORPORATION**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Karma K Ruthruff, REGISTERED AGENT, A white female approx. 45-55 years of age 5'4"-5'6" in height weighing 140-160 lbs with blonde hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **22nd day of February, 2008**.

*Sharon L Helsel* (signature)
**Sharon L Helsel**

SUBSCRIBED AND SWORN to before me this 22nd day of February, 2008

*Mary Fansler* (signature)
NOTARY PUBLIC in and for the State of **Michigan**
Residing at: _____
My Commission Expires: 12-6-11

MARY M. FANSLER, NOTARY PUBLIC
MONTCOLM COUNTY, ACTING IN KENT COUNTY
STATE OF MICHIGAN
MY COMMISSION EXPIRES ON 12-6-2011

FOR: **LAW OFFICES OF ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.**

ORIGINAL PROOF OF SERVICE

Tracking #: 5353413 SEA