17HN

**FILED**

MAR 0 3 2008 AE
3-3-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Sirs,

I am a new business owner. My husband has been working in Florida for Florida Power + Light. F.P. & L. are six weeks late paying us for work done. I was supposed to have received a check on January twelfth. I assure you that I have every intention of paying my obligations to LineCo. I don't want my men to lose their medical coverage any more than my family. As soon as I receive a check, there will be a payment sent. I'm very sorry for the delay. I appreciate your patience and hope to rectify the situation as soon as possible.

Thank you
Karma Ruthruff
President
WoodWalkers Electric L.L.C.

Case:
08 C 563