THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 08C 563 ) |
| WOODWALKERS ELECTRIC, L.L.C., a Michigan Limited Liability Corp., | ) Judge Norgle ) ) Mag. Judge Valdez |
| Defendant. | ) |

## AFFIDAVIT

ROBERT B. GREENBERG, attorney for Plaintiff, LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, on oath and duly sworn, states:

1. That I am an attorney licensed to practice in the State of Illinois for 42 years and a member of the Federal Bar.

2. That I represent the Plaintiff, LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, and my billing rate to Plaintiff Fund is $195.00 per hour.

3. That I have billed my clients a total of $1,365.00 for legal services in the matter of WOODWALKERS ELECTRIC, L.L.C., a Michigan Limited Liability Corporation.

ROBERT B. GREENBERG

Subscribed and Sworn to before me
this 26th day of March, 2008.

NOTARY PUBLIC

OFFICIAL SEAL
LINDA D KONASZEWSKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/23/10