## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 08C 563 |
| WOODWALKERS ELECTRIC, L.L.C., a Michigan Limited Liability Corp., | ) ) ) | Judge Norgle |
| Defendant. | ) ) ) | Mag. Judge Valdez |

### AFFIDAVIT

BARBARA BRIGGS, on oath and duly sworn, states:

1.  Affiant is the Data Processing Manager for Line Construction Benefit Fund, a Health and Welfare Fund.

2.  Based upon an examination of Defendant's reports and records performed under my direction and control, Affiant finds the Defendant, WOODWALKERS ELECTRIC, L.L.C., a Michigan Limited Liability Corp., to be delinquent in its contributions to the Plaintiff Fund for the months of November 2007, and December 2007, in the estimated amount of $15,000.00.

_Barbara Briggs_
BARBARA BRIGGS

Subscribed and Sworn to before me
this _26_ day of _March_ 2008.

_Jean Hayman_
NOTARY PUBLIC

```
OFFICIAL SEAL
JEAN HAYMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/13/09
```