THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, ) <br> A HEALTH AND WELFARE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WOODWALKERS ELECTRIC, L.L.C., a ) <br> Michigan Limited Liability Corp., ) <br> ) <br> Defendant. ) | NO. 08C 563 <br><br> Judge Norgle <br><br> Mag. Judge Valdez |

NOTICE OF MOTION

TO:   KARMA K. RUTHRUFF, REGISTERED AGENT
      Woodwalkers Electric, LLC
      1400  20th Avenue
      Blanchard, MI   49310

**PLEASE TAKE NOTICE** that the undersigned will bring on the annexed motion for hearing before Judge Charles R. Norgle, in Room 2341, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the 11th day of April 2008, at 9:30 A.M. of that day or as soon thereafter as counsel can be heard.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

## CERTIFICATE OF SERVICE

ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiffs in this action, and that he served the attached Motion upon:

>KARMA K. RUTHRUFF, REGISTERED AGENT
>**Woodwalkers Electric, LLC**
>**1400   20th Avenue**
>**Blanchard, MI   49310**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 26th day of March 2008.

Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558