## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Line Construction Benefit Fund, a Health and
Welfare Fund

Plaintiff,

v.                                                          Case No.: 1:08−cv−00563

Honorable Charles R. Norgle
Sr.

Woodwalkers Electric, L.L.C.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 11, 2008:

     MINUTE entry before Judge Honorable Charles R. Norgle, Sr: Motion for default
judgment [8] is granted. Civil case terminated. Motion hearing held on 4/11/2008. Mailed
notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.