Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 563 | DATE | 4/11/2008 |
| CASE TITLE | LINE CONSTRUCTION BENEFIT FUND vs. WOODWALKERS ELECTRIC, L.L.C. | | |

**DOCKET ENTRY TEXT**

Enter Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|